BEFORE THE THIRD DIVISION, OCTOBER 11, 1960

No. 64687.—Esso Standard Oil Co. v. United States, protests 58/7201 and 59/24139 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of empty steel chlorine cylinders, articles of the manufac-

ture of the United States returned after having been exported without having been advanced in value, and following Abstract 57104, the claim of the plaintiff was sustained.